**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

EVELYN LOLA GALLEGOS,

        Plaintiff,

v.                                            Case No: 6:17-cv-620-Orl-40TBS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER

This cause is before the Court upon review of the parties' Joint Memorandum regarding Plaintiff's appeal of the Commissioner of Social Security's (the "Commissioner") final decision denying her application for disability insurance and supplemental security income (Doc. 15) filed on December 8, 2017. The United States Magistrate Judge has submitted a report recommending that the Commissioner's final decision be affirmed under sentence four of 42 U.S.C. § 405(g).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 19, 2018 (Doc. 16), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's final decision is **AFFIRMED**.

3. The Clerk is **DIRECTED** to enter judgment in favor of the Commissioner and close the file.

**DONE AND ORDERED** in Orlando, Florida on May 4, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties